IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON  DIVISION


RICHARD GLEN WEST                                                                        PLAINTIFF

v.                                              Civil No. 12-3002

CAROLYN W. COLVIN                                                                       DEFENDANT
Commissioner, Social Security Administration


**<u>ORDER</u>**

The Court has received proposed findings and recommendations (Doc. 17) from United States

Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court

concludes that the findings and recommendations should be, and hereby are, approved and adopted as

this Court's findings in all respects in their entirety.

Accordingly, the Court ORDERS that Plaintiff's Motion for Attorney Fees (Doc. 13) be

GRANTED and finds that Plaintiff is entitled to an award under the EAJA in the total amount of

$2,472.00 plus postage expenses of $16.55. This amount should be paid in addition to, and not out

of, any past due benefits which Plaintiff may be awarded in the future.  Pursuant to *Astrue v. Ratliff*,

130 S. Ct. 2521, 2528 (2010), the EAJA award should be made payable to Plaintiff, but may be

mailed to Plaintiff's counsel.

IT IS SO ORDERED this 13th day of  September, 2013**.**


*/s/ P. K. Holmes,* III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE


-1-