IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICHARD GLEN WEST                                          PLAINTIFF

v.                             Civil No. 12-3002

CAROLYN W. COLVIN                                    DEFENDANT
Commissioner, Social Security Administration

## ORDER

The Court has received proposed findings and recommendations (Doc. 17) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, the Court ORDERS that Plaintiff's Motion for Attorney Fees (Doc. 13) be GRANTED and finds that Plaintiff is entitled to an award under the EAJA in the total amount of $2,472.00 plus postage expenses of $16.55. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528 (2010), the EAJA award should be made payable to Plaintiff, but may be mailed to Plaintiff's counsel.

IT IS SO ORDERED this 13th day of September, 2013.

                                         /s/ P. K. Holmes, III
                                         P.K. HOLMES, III
                                         CHIEF U.S. DISTRICT JUDGE